UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA THORNE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BATH IRON WORKS CORPORATION, et al.,<br><br>    Defendants. | Case No. 14-cv-02460-SI<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |

This case was reassigned to this Court on November 3, 2015. Docket No. 23. Previously, the Honorable Samuel Conti issued a stay, pending the outcome of an appeal before the Ninth Circuit in *McIndoe v. Bath Iron Works Corp.*, No. 13-56762. Docket No. 21. Oral argument in that case took place on August 31, 2015. The Court therefore expects the Ninth Circuit to rule reasonably soon.

The Court plans to schedule a case management conference once the Ninth Circuit issues its decision in *McIndoe*. However, if the parties feel that it would be useful to have a conference sooner, they may request one by contacting the courtroom deputy, Tracy Kasamoto, at (415) 522-2028.

**IT IS SO ORDERED**.

Dated: March 8, 2016

_____
SUSAN ILLSTON
United States District Judge