ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA THORNE, as Wrongful Death Heir, and as Successor-in-Interest to ANDREW PRICE, Deceased, and BRENDA MARONDE, CELESTIA SIMS-MAYER, BECKY PRICE, KAYELLEN PRICE-LEE, as Legal Heirs of ANDREW PRICE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BATH IRON WORKS CORPORATION, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>Defendants. | No. 3:14-cv-02460-SI<br><br>**STIPULATION FOR DISMISSAL OF STRICT LIABILITY CLAIMS ONLY, AS TO DEFENDANT BATH IRON WORKS CORPORATION, WITHOUT PREJUDICE** |

///

///

///

///

///

///

///

1
STIPULATION FOR DISMISSAL OF STRICT LIABILITY CLAIMS ONLY, AS TO DEFENDANT BATH IRON WORKS CORPORATION, WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant, that the parties request this Court dismiss the strict liability claims (the Second and Fourth Cause of Action) from Plaintiffs' Complaint for Survival, Wrongful Death – Asbestos, as to defendant BATH IRON WORKS CORPORATION, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: April 11, 2016            BRAYTON ❖PURCELL LLP

By: s/ David R. Donadio
DAVID R. DONADIO, S.B. #154436
DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiffs

Dated:  April 11, 2016            HUGO & PARKER, LLP

By : _____
CHARLES S. PARK, S.B. #161430
Attorneys for Defendant
BATH IRON WORKS CORPORATION

STIPULATION FOR DISMISSAL OF STRICT LIABILITY CLAIMS ONLY, AS TO DEFENDANT BATH IRON WORKS CORPORATION, WITHOUT PREJUDICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA THORNE, as Wrongful Death Heir, and as Successor-in-Interest to ANDREW PRICE, Deceased, and BRENDA MARONDE, CELESTIA SIMS-MAYER, BECKY PRICE, KAYELLEN PRICE-LEE, as Legal Heirs of ANDREW PRICE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BATH IRON WORKS CORPORATION, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>Defendants. | No. 3:14-cv-02460-SI<br><br>**ORDER GRANTING PARTIES' DISMISSAL OF STRICT LIABILITY CLAIMS ONLY, AS TO DEFENDANT BATH IRON WORKS CORPORATION, WITHOUT PREJUDICE** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. Strict Liability claims (the Second and Fourth Cause of Action), as to defendant BATH IRON WORKS CORPORATION, are hereby dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 4/12/16

By: /s/ Susan Illston
Susan Illston
United States District Judge