ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA THORNE, as Wrongful Death Heir, and as Successor-in-Interest to ANDREW PRICE, Deceased, and BRENDA MARONDE, CELESTIA SIMS-MAYER, BECKY PRICE, KAYELLEN PRICE-LEE, as Legal Heirs of ANDREW PRICE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BATH IRON WORKS CORPORATION, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>Defendants. | No. 3:14-cv-02460-SI<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BATH IRON WORKS CORPORATION** |

///
///
///
///
///
///
///

1
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BATH IRON WORKS CORPORATION

1   IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant, that all
2  claims against Defendant BATH IRON WORKS CORPORATION shall be, and hereby are,
3  dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

6  Dated: June 8, 2016          BRAYTON ❖PURCELL LLP

9                                            By: s/ David R. Donadio
                                              DAVID R. DONADIO, S.B. #154436
10                                            DDonadio@braytonlaw.com
                                              Tel: (415) 898-1555
11                                            Fax: (415)898-1247
                                              Attorneys for Plaintiffs

14  Dated: June 9, 2016          HUGO PARKER, LLP

17                                            By: _____
                                              SHELLEY K. TINKOFF, S.B. #187498
                                              Attorneys for Defendant
18                                            BATH IRON WORKS CORPORATION

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA THORNE, as Wrongful Death Heir, and as Successor-in-Interest to ANDREW PRICE, Deceased, and BRENDA MARONDE, CELESTIA SIMS-MAYER, BECKY PRICE, KAYELLEN PRICE-LEE, as Legal Heirs of ANDREW PRICE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BATH IRON WORKS CORPORATION, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>Defendants. | No. 3:14-cv-02460-SI<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BATH IRON WORKS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant BATH IRON WORKS CORPORATION are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 6/9/16

By: _[signature: Susan Illston]_
Susan Illston
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BATH IRON WORKS CORPORATION